UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDERICK D. BENNETT, SR., | ) | 1:05-CV-0924 REC LJO HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING MOTION FOR |
| | ) | EXTENSION OF TIME |
| v. | ) | |
| | ) | [Doc. #7] |
| | ) | |
| D. G. ADAMS, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 16, 2005, Petitioner filed a motion for an extension of time to file objections to the Findings and Recommendation issued on July 22, 2005. Good cause having been presented and good cause appearing therefor, Petitioner is GRANTED an extension of time of thirty (30) days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:   November 10, 2005**              /s/ Lawrence J. O'Neill
23ehd0                                                    UNITED STATES MAGISTRATE JUDGE