UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK D. BENNETT, SR., ) | 1:05-CV-0924 REC LJO HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #10] |
| v. ) | |
| ) | ORDER DISMISSING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| D. G. ADAMS, Warden, et al., ) | |
| ) | ORDER DIRECTING CLERK OF COURT |
| Respondents. ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 15, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for failure to prosecute. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

1 and Recommendation is supported by the record and proper analysis.

2    Accordingly, IT IS HEREBY ORDERED that:

3    1. The Findings and Recommendation issued November 15, 2005, is ADOPTED IN FULL;

4    2. The petition for writ of habeas corpus is DISMISSED; and

5    3. The Clerk of the Court is DIRECTED to enter judgment.

6 IT IS SO ORDERED.

7 **Dated:   February 15, 2006**                    **/s/ Robert E. Coyle**
668554                                                          UNITED STATES DISTRICT JUDGE